United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARMIN INVESTMENTS, L.P., | Case No.: 13-CV-02320-LHK |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: REMAND TO STATE COURT |
| v. | |
| KATHRYN MIYUKI TIPPETTS; IAN ALLEN TIPPETTS; and Does 1 to 20, inclusive, | |
| Defendants. | |

The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation regarding Plaintiff Harmin Investments, L.P.'s ("Plaintiff") Motion to Remand, which Defendants did not oppose. The time for objections has passed, and Defendants have filed none. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court finds the Report correct, well-reasoned, and thorough, and accordingly adopts it in its entirety. Plaintiff's Motion to Remand is therefore GRANTED, and this case is hereby remanded to the Santa Clara County Superior Court. In light of this Order, Plaintiff's motion to shorten time on briefing (ECF No. 14) is DENIED as moot. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 26, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-02320-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION RE: REMAND TO STATE COURT